UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SAMUEL ROY ABRAM,

    Plaintiff,

v.                                                     CASE NO. 3:20cv4291-MCR-HTC

SENIOR DISTRICT COURT
JUDGE LACEY A COLLIER,
MAGISTRATE JUDGE MILES DAVIS,
UNITED STATES ATTORNEY
GREGORY R MILLER, and
ASSISTANT UNITED STATES
ATTORNEY STEPHEN P PRIESSER,

    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 12, 2020. ECF No. 3. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff filed an objection, ECF No. 4, and the Court has conducted a *de novo* review of the objected-to portions of the Report and Recommendation.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation, ECF No. 3, is adopted, over the objection of Plaintiff, and incorporated by reference in this Order.

(2) Pursuant to 28 U.S.C. § 1915(g), the Plaintiff's complaint, ECF No. 1, is DISMISSED WITHOUT PREJUDICE to Plaintiff initiating a new cause of action accompanied by payment of the $400.00 filing fee in its entirety

(3) The Clerk is directed to close this matter.

**DONE AND ORDERED** this 8th day of April 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:20cv4291-MCR-HTC